# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2016

Robert P. Young, Jr.,
Chief Justice

153787(128)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ARMEN BOLADIAN, BRIDGEPORT MUSIC,
INC., and WESTBOUND RECORDS, INC.,
        Plaintiffs-Appellants,

v

SC:  153787
COA:  324737
Oakland CC:  2014-138753-CZ

JEFFREY P. THENNISCH, THE DOBRUSIN
LAW FIRM, P.C., f/k/a DOBRUSIN &
THENNISCH, P.C., GREGORY J. REED and
JANYCE TILMON-JONES,
        Defendants-Appellees
_____/

On order of the Chief Justice, the second joint motions of defendants-appellees to extend the time for filing their answers to the application for leave to appeal are GRANTED.  The answers will be accepted as timely filed if submitted on or before August 2, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2016

